1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 CASIMIRO FRIAS,                )    1:05-cv-0015 OWW DLB
                                  )
11              Plaintiff,        )    STIPULATION AND ORDER
                                  )    TO EXTEND TIME
12                                )
                v.                )
13                                )
   JO ANNE B. BARNHART,           )
14 Commissioner of Social         )
   Security,                      )
15                                )
                Defendant.        )
16 _____)

17

18      The parties, through their respective counsel, stipulate

19 that defendant's time to respond to plaintiff's confidential

20 letter brief be extended from July 29, 2005 to August 31, 2005.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1   This is defendant's first request for an extension of time
2 to respond to plaintiff's confidential letter brief.
3   Defendant needs the additional time to further review the
4 file and prepare a response in this matter.

5                              Respectfully submitted,

7 Dated: July 26, 2005          /s/ Dennis M. Bromberg
                                (As authorized via facsimile)
8                               DENNIS M. BROMBERG
                                Attorney for Plaintiff

11 Dated: July 27, 2005         McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kimberly A. Gaab
14                              KIMBERLY A. GAAB
                                Assistant U.S. Attorney

23      IT IS SO ORDERED.
24 3c0hj8 **Dated:   July 28, 2005**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE