McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASIMIRO FRIAS, | ) | 1:05-cv-0015 OWW DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter brief be extended from August 31, 2005 to September 30, 2005.

///
///
///
///
///
///
///

1    This is defendant's second request for an extension of time
2 to respond to plaintiff's confidential letter brief.
3    Defendant needs the additional time to further review the
4 file and prepare a response in this matter.

5                                    Respectfully submitted,

7 Dated: September 1, 2005      /s/ Dennis M. Bromberg
                                (As authorized via facsimile)
8                               DENNIS M. BROMBERG
                                Attorney for Plaintiff

11 Dated: September 1, 2005     McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kimberly A. Gaab
14                              KIMBERLY A. GAAB
                                Assistant U.S. Attorney

23     IT IS SO ORDERED.

24     **Dated:   September 6, 2005**              **/s/ Dennis L. Beck**
   3c0hj8                                    UNITED STATES MAGISTRATE JUDGE