```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASIMIRO FRIAS,<br><br>             Plaintiff,<br><br>      v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>             Defendant. | 1:05-cv-0015 OWW DLB<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant sentence four of 42 U.S.C. §§ 405(g).

   On remand, the Appeals Council will direct an Administrative Law Judge ("ALJ") to further evaluate Plaintiff's subjective pain symptoms, and provide a rationale to fully explain the findings on credibility in accordance with Social Security Ruling ("SSR") 96-7p and the regulations.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

Dated: September 20, 2005    /s/ Dennis M. Bromberg
                                     (As authorized via facsimile)
                                       DENNIS M. BROMBERG
                                       Attorney for Plaintiff

Dated: September 20, 2005    McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Kimberly A. Gaab
                                       KIMBERLY A. GAAB
                                       Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 21, 2005**                **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE